IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RONALD EVERETT NEWTON, 1299706, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:12-CV-3397-N |
| | ) | |
| CRAIG WATKINS and RUSSELL WILSON, II, | ) | |
| Defendants. | ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), including de novo review of the subject of Plaintiff's objections, the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this 3rd day of December, 2012.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE